[No. 27743-3-II.   Division Two.   October 18, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH WILLIAM JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-1-06174-1, Sergio Armijo, J., entered August 6, 2001. *Affirmed* by unpublished opinion per Hunt, C.J., concurred in by Bridgewater and Quinn-Brintnall, JJ.

[No. 27780-8-II.   Division Two.   October 18, 2002.]

SAMUEL WINTERS, *Respondent*, v. SARAH FOWLER, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 00-2-03134-7, Edwin L. Poyfair, J., entered August 3, 2001. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Quinn-Brintnall, A.C.J., and Houghton, J.

[No. 28033-7-II.   Division Two.   October 18, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. KIMBERLY KAY HEINZMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 01-1-00902-5, James E. Warme, J., entered November 8, 2001. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Hunt, C.J., and Bridgewater, J.

[No. 28317-4-II.   Division Two.   October 18, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. VIRGIL PHILMAN ADKINS, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 01-1-01788-8, Diane M. Woolard, J., entered January 17, 2002. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Hunt, C.J., and Bridgewater, J.